# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ELAINE R. SMITH, Guardian for THOMAS K. IRWIN, | * | Civil Action No. 3:23-cv-00365 |
| | * | Judge Michael J. Newman |
| Plaintiff, | | Magistrate Judge Peter B. Silvain, Jr. |
| | * | |
| vs. | | |
| | * | |
| MIAMI VALLEY HOSPITAL, *et al.*, | * | **SUGGESTION OF DEATH** |
| Defendants. | | |
| | * | |

Pursuant to Fed. R. Civ. P. 25, Defendants hereby suggest upon the record that on June 19, 2024, Megan Snyder, RN, passed away. Counsel for these Defendants acquired actual knowledge of Nurse Snyder's death on August 2, 2024.

Respectfully submitted,

*/s/ John F. Haviland*
John F. Haviland, Trial Attorney
Atty. Reg. No: 0029599
Amber R. Mullaly
Atty. Reg. No: 0096042
Jaren A. Hardesty
Atty. Reg. No: 0102200
BIESER, GREER & LANDIS, LLP
409 East Monument Avenue, Suite 400
Dayton, OH 45402
Office Tel: (937) 223-3277
E-mail: jfh@biesergreer.com;
arm@biesergreer.com; jah@biesergreer.com
Fax: (937) 250-7786
*Counsel for Miami Valley Hospital, Premier Health Partners, Trent Davis, and Megan M. Snyder, R.N.*

**CERTIFICATE OF SERVICE**

I certify that on the 16th day of August 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court's CM/ECF system, and that service on case participants shall be accomplished on the following by the CM/ECF system:

Nicholas A. DiCello, Esq.
SPANGENBERG SHIBLEY & LIBER, LLP
1001 Lakeside Ave. East, Suite 1700
Cleveland, OH 44114
ndicello@spanglaw.com

-and-

Todd J. Weglarz, Esq.
FIEGER, FIEGER, KENNEY & HARRINGTON, P.C.
19390 W. 10 Mile Road
Southfield, MI 48075
t.weglarz@fiegerlaw.com
*Counsel for Plaintiff, Elaine R. Smith*

Joshua F. DeBra, Esq.
CALDERHEAD, LOCKMEYER & PESCHKE
6281 Tri-Ridge Blvd, Suite 210
Loveland, OH 45140
jdebra@clp-law.com
*Counsel for Defendant, Dr. Titus Chu*

Michael F. Lyon, Esq.
Paul J. Vollman, Esq.
Cullen P. Rooney, Esq.
LINDHORST & DREIDAME CO., LPA
312 Walnut Street, Suite 3100
Cincinnati, OH 45202
mlyon@lindhorstlaw.com;
pvollman@lindhorstlaw.com;
crooney@lindhorstlaw.com
*Counsel for Miami Valley Emergency Specialists, LLC, and Dr. Steven Chapman*

I also hereby certify that on the 16th day of August 2024, a true and correct copy of the foregoing was served upon Next of Kin by United States Certified Mail, to the following:

Barbara Snyder
2518 Brahms Blvd.
Dayton, OH 45449

William Snyder
17054 Dorman Rd.
Lithia, FL 33547

BIESER, GREER & LANDIS, LLP

*/s/ John F. Haviland*
John F. Haviland

0460.222307/4886-0278-6519, v. 1